IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONTE LAMONT HUNT,

        Petitioner,

    vs.

MARION FEATHER, Warden,

        Respondent.

O R D E R
No. 3:13-cv-1382-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on October 9, 2013. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore</u>

1 - ORDER

Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has filed timely objections (doc. 13), and respondent declined to file any response brief. I have, therefore, given the file of this case a de novo review. I ADOPT the Magistrate's Findings and Recommendation (doc. 10) granting respondent's motion to dismiss (doc. 8). This case is dismissed.

IT IS SO ORDERED.
   Dated this 3RD day of December, 2013.


                              /s/ Ann Aiken
                              Ann Aiken
                              United States District Judge

2 - ORDER